```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SCOTT A. O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3004 |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE VALLEY FOODS, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| Defendant. | ) | |
| | ) | |

The records of the court show that on January 5, 2007, (Filing No. #3), a letter was sent to Attorney James J. Binns from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of February 20, 2007, the attorney has not complied with the request(s) set forth in the letter from the Office of the Clerk.

IT IS ORDERED that, on or before March 5, 2007, Attorney James J. Binns is to register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 20th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge