```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SCOTT A. O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3004 |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE VALLEY FOODS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to extend deadline, filing 14, is granted and the deadline to file motions requesting leave to amend pleadings and/or add parties is extended to May 21, 2007.

DATED this 24th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge