```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

SCOTT A. O'NEAL,                )
                                )
            Plaintiff,           )         4:07CV3004
                                )
       v.                        )
                                )
BLUE VALLEY FOODS,              )         ORDER
                                )
            Defendant.           )
                                )

Following a conference with counsel July 6, 2007 by telephone conference call,

IT IS ORDERED:

1. The Mediation Reference Order, filing 23, is withdrawn and set aside.

2. The clerk's text order denying all pending motions without prejudice, filing 24, is withdrawn and set aside. All previously pending motions are reinstated.

3. Plaintiff is given until July 20, 2007 to file a response to the motion for summary judgment (filing 20).

DATED this 9th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge