IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT A. O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3004 |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE VALLEY FOODS, | ) | MEMORANDUM AND ORDER ON |
| | ) | PLAINTIFF'S MOTION TO DISMISS |
| Defendant. | ) | WITHOUT PREJUDICE |
| | ) | |

   The defendant has objected to Plaintiff's Motion to Dismiss Without Prejudice, but has shown no danger of loss, damage, or future litigation if the motion is granted, and has suggested no terms or conditions that the court should consider.

   IT IS ORDERED that the Objection to Plaintiff's Motion to Dismiss Without Prejudice is denied and the Plaintiff's Motion to Dismiss Without Prejudice, document 27, is granted. The action is dismissed without prejudice, each party to bear his or its own costs.

   Dated July 23, 2007.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge